JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL DICK,<br><br>                Plaintiff,<br><br>v.<br><br>LOOMIS US GROP LIFE INSURANCE PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                Defendants. | Case No.  CV13-06711 VBK<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed, with prejudice, in its entirety.  Each party is to bear their own attorneys' fees and costs.

/s/

Dated: December 8, 2014

_____/s/_____
HON. VICTOR B. KENTON
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4843-8928-0288 v1

- 1 -

CASE NO. CV13-6711 VBK
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION